# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-3154
_____

Christine Bordeaux

Plaintiff - Appellant

v.

Cheryl Bicknase, in her individual capacity; Jeanne Golliday, in her individual capacity; Denise Davidson, in her individual capacity; Steve Hunzeker, in his official and individual capacities; Angela Folts-Oberle, in her individual capacity; Does, 1-9, in their official and individual capacities

Defendants - Appellees
_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:18-cv-03122-RFR)
_____

**JUDGMENT**

Before SHEPHERD, STRAS and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 04, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans