# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3154

Christine Bordeaux

Appellant

v.

Cheryl Bicknase, in her individual capacity, et al.

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:18-cv-03122-RFR)

---

## MANDATE

In accordance with the opinion and judgment of August 4, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 25, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit